| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wingate, Henry T. | 2. Court or Organization<br><br>U.S.D.C. (Miss. Southern) | 3. Date of Report<br><br>05/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>501 East Court Street, Suite 6.750<br>Jackson, MS 39201 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Grinnell College, Grinnell, Iowa; Member of Board of Trustees as of May, 2000 |
| 2. Executive Committee Member | Yale Law School Executive Alumni Board, New Haven, CT; Committee Member as of September 2000 |
| 3. Adjunct Professor | Mississippi College School of Law, Jackson, MS, as of January 2001 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trustmark Nat'l Bank, Jackson, MS (CDs/ Savings/IRA) | A | Interest | K | T | | | | | |
| 2. Prudential Modified Whole Life Insurance-3 (H) | | | | | | | | | |
| 3. Computershare Trust Company Stock | A | Dividend | K | T | | | | | |
| 4. Jackson National Variable Annuity (H) | | | | | | | | | |
| 5. -- JNL/American Bal Allocation | B | Int./Div. | K | T | | | | | |
| 6. -- JNL/American Growth-Income | B | Int./Div. | K | T | | | | | |
| 7. -- JNL/American New World | A | Int./Div. | K | T | | | | | |
| 8. -- JNL/BlackRock Glbl Allocation | C | Int./Div. | K | T | | | | | |
| 9. -- JNL/Fr Temp Glbl Multi Bond | A | Int./Div. | J | T | | | | | |
| 10. -- JNL/Fr Temp Income | A | Int./Div. | K | T | | | | | |
| 11. -- JNL/PimCO Total Ret Bond | A | Int./Div. | J | T | | | | | |
| 12. -- JNL/PPM America High Yld Bond | A | Int./Div. | J | T | | | | | |
| 13. -- JNL/S&P Managed Moderate Gr | B | Int./Div. | L | T | | | | | |
| 14. IRA-1 (H) | | | | | | | | | |
| 15. - LPL Insured Cash Acct (IRA) (H) | A | Interest | J | T | | | | | |
| 16. - Franklin/Temple Mutual Beacon (IRA) | C | Dividend | L | T | | | | | |
| 17. -LPL Insured Cash Acct (investment) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Lsi Logic Corp. (f/k/a Agere Systems, Inc. | A | Dividend | J | T | | | | | |
| 19. - Coca Cola Company | A | Dividend | J | T | | | | | |
| 20. - Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 21. - General Electric Company | A | Dividend | J | T | | | | | |
| 22. - Walt Disney Company | A | Dividend | J | T | | | | | |
| 23. - Allianz Life & Annuities | C | Dividend | L | T | | | | | |
| 24. - Franklin Temple Mutual Beacon Fund | B | Dividend | | | Redeemed | 02/23/16 | K | B | |
| 25. - Fundamental Investors Fund | D | Dividend | | | Redeemed | 02/23/16 | J | C | |
| 26. - Growth Fund of America | D | Dividend | K | T | | | | | |
| 27. - Income Fund of America Class C | D | Dividend | | | Redeemed | 02/23/16 | J | A | |
| 28. - Franklin Income Fund Class C | D | Dividend | M | T | | | | | |
| 29. - Franklin Rising Dividends Class C | D | Dividend | | | Redeemed | 02/23/16 | J | B | |
| 30. - Mutual Series Shares Class C | D | Dividend | | | Redeemed | 02/23/16 | J | A | |
| 31. - Mutual Series Discovery Class C | C | Dividend | | | Redeemed | 02/23/16 | J | B | |
| 32. - Templeton Growth Class C | D | Dividend | | | Redeemed | 02/23/16 | J | A | |
| 33. - Templeton Global Bond Fund Class C | C | Dividend | | | Redeemed | 10/26/16 | J | A | |
| 34. - Franklin Templeton China World Fund | A | Dividend | | | Redeemed | 10/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Templeton Global Smaller Companies Growth Class C | B | Dividend | | | Redeemed | 10/26/16 | J | A | |
| 36. Pimco Income | A | Dividend | J | T | | | | | |
| 37. Pimco All Asset Fund | A | Dividend | J | T | | | | | |
| 38. LPL IRA - (H) | | | | | | | | | |
| 39. - Franklin Square Investment Corp III | A | Int./Div. | K | T | | | | | |
| 40. - General Electric | B | Dividend | J | T | | | | | |
| 41. REAL ESTATE: (H) | | | | | | | | | |
| 42. - Parcel 1, Jackson, Hinds County, MS | | None | K | W | | | | | |
| 43. - Parcel 2, Jackson, Hinds County, MS | | None | K | Q | | | | | |
| 44. - Parcel 3, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 45. - Parcel 4, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 46. - Parcel 6, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 47. - Parcel 7, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 48. - Parcel 8, Jackson, Hinds County, MS | | None | K | W | | | | | |
| 49. - Parcel 9, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes for Part VII:

Line 2:  Prudential Modified Whole Life-3.  This asset was closed  October 7, 2015.  This transaction was inadvertently omitted from my 2015 report.

Line 3:  Was inadvertently omitted from my prior reports.

Real Estate:

Line 43:  Parcel 2, Jackson, Hinds County, MS:
 Date of Appraisal:  September 12, 1992

Line 45:  Parcel 4, Jackson, Hinds County, MS:
 Date of Appraisal:  November 20, 1992

Line 46:  Parcel 6, Jackson, Hinds County, MS:
 Date of Appraisal:  April 21, 1994

Line 47:  Parcel 7, Jackson, Hinds County, MS:
 Date of Appraisal:  April 21, 1994

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry T. Wingate**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544